IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20972
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

WALDIR V. PEDROZA, also known as Juan Carlos Pineiro,
also known as John Doe,

Defendant-Appellant.

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

WALDIR PEDROZA-VICTORIA, also known as Charlie,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-236-1
- - - - - - - - - -
July 18, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:*

Counsel for Waldir Pedroza-Victoria (Pedroza), the Federal
Public Defender, has moved for leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Pedroza has received copies of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. <u>See</u> <u>id.</u> Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and Pedroza's APPEAL IS DISMISSED. 5TH CIR. R. 42.2.